UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| YUROK TRIBE,<br>Plaintiff,<br>v.<br>CITY OF TRINIDAD, et al.,<br>Defendants. | Case No. 26-cv-05240-RMI<br><br>**JUDGMENT** |

On September 8, 2026, the court entered an order dismissing this action. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 8, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California